# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2985

_____

VANCE G. GETTIS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 28, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vance G. Gettis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.